UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

PETITIONER OF SLADE MONGELLI,　　　　　　　　Case No. 8:23-cv-1618-TPB-CPT
as title owner of and for one 2004 21'
Polar Boats Runabout vessel, HIN#
MJIA6058H304, her engines, tackle,
and appurtenances,

　　　　Petitioner.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on February 2, 2024. (Doc. 27). Judge Tuite recommends that Petitioner's "Motion for Entry of Final Default Judgment for Exoneration from Liability Against all Claimants not Filing a Claim in this Action" (Doc. 25) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's report and recommendation, the Court adopts the report and recommendation. Consequently,

Petitioner's motion for default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The report and recommendation (Doc. 27) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   Petitioner's "Motion for Entry of Final Default Judgment for Exoneration from Liability Against all Claimants not Filing a Claim in this Action" (Doc. 25) is hereby **GRANTED**.

(3)   The Clerk is directed to enter Final Judgment for Exoneration by Default in favor of the Petitioner and against all claimants who have not filed claims in this action.

(4)   Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of February, 2024.

  
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**